```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01347-JJT
Rae-Ann Hansell                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach            Page 1 of 1        Date Rcvd: Sep 07, 2017
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db             +Rae-Ann Hansell,    47 Hughes Street Rear,    Luzerne, PA 18709-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David J. Harris    on behalf of Debtor Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor   True ST Holdings LLC bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   True ST Holdings LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RAE-ANN HANSELL | : | |
| RAE-ANN HANSELL BOYD | : | |
| RAE-ANN BOYD | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:17-bk-01347JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 24 |
| | : | |
| vs | : | |
| RAE-ANN HANSELL | : | |
| RAE-ANN HANSELL BOYD | : | |
| RAE-ANN BOYD | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on September 06, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

MOTION TO DISMISS for material default filed on or about August 09, 2017.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: September 7, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CK)