ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:     dh@lawofficeofdavidharris.com**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RAE-ANN HANSELL f/k/a RAE-ANN BOYD, | : | Case No.: 5:17-bk-01347 |
| | : | Chapter 13 |
| Debtor | : | |

---

### CERTIFICATION OF SERVICE
---

I, David J. Harris, counsel to the Debtor, RAE-ANN HANSELL, f/k/a RAE-ANN BOYD, served by e-mail a copy of the Debtor's Wage Attachment Application and proposed Order upon her employer's representative Tabitha Miscavage at miscavaget@llsd.org

I hereby certify that the foregoing statement is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.


Dated: November 2, 2017         /s/ Rae-Ann Hansell f/k/a Rae-Ann Boyd_____
                                RAE-ANN HANSELL f/k/a RAE-ANN BOYD