```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-01347-JJT
Rae-Ann Hansell                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: CKovach    Page 1 of 1    Date Rcvd: Nov 03, 2017
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
    +Lake-Lehman School District,    Attn Tabitha Miscavage,    Market Street,    PO Box 38,    Lehman, PA 18627-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        David J. Harris    on behalf of Debtor 1 Rae-Ann Hansell dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
        James Warmbrodt    on behalf of Creditor    True ST Holdings LLC bkgroup@kmllawgroup.com
        Thomas I Puleo    on behalf of Creditor    True ST Holdings LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
RAE-ANN HANSELL : Chapter 13
: Case No.: 5:17-bk-01347
:
Debtor :
_____
RAE-ANN HANSELL :
:
Movant :
v. :
:
LAKE LEHMAN SCHOOL DISTRICT :
:
Respondent :
_____

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**
_____

Upon consideration of the Motion for an Order Approving Wage Attachment directed to the Employer of Rae-Ann Hansell, and upon further consideration of the Debtor's counsel's representation that the Debtor's Employer has consented to a wage attachment, it is

ORDERED THAT the Debtor's Employer, Lake-Lehman School District, is hereby directed to deduct from the Debtor's wages, beginning with the next pay period following the Employer's receipt of this Order, the **LESSER of $600.00 or the Debtor's actual net pay** from her bi-weekly paycheck **(but not more than two deductions per month so that in no event will there be more than $1,200.00 deducted from the Debtor's paychecks in any given month)**

The sums so deducted are to be remitted to:

Charles J. DeHart, III, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

NOTE: All payments sent to the Chapter 13 Trustee shall contain a notation of Debtor's name and case number 5: 17-bk-01347.

Dated: November 3, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Case 5:17-bk-01347-JJT   Doc 34   Filed 11/05/17   Entered 11/05/17 23:41:33   Desc
Imaged Certificate of Notice   Page 2 of 2