DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
Pa. S. Ct. No. 48558

LAW OFFICE
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
RAE-ANN HANSELL                     :      Chapter 13
                                    :      Case No.: 5:17-bk-01347
                 Debtor             :

## CERTIFICATE OF SERVICE

I, David J. Harris, do hereby certify that on the 1st day of December, 2017, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.


                                    By:    /s/ David J. Harris, Esquire
Date:   December 1, 2017                   DAVID J. HARRIS, ESQUIRE
        Wilkes-Barre, Pennsylvania

Rev. 04/19/07

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

RAE-ANN HANSELL

Chapter: 13

Case No.: 5:17-BK-01347

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: January 9, 2018      Time: 9:30 AM

Location: Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA

The deadline for filing objections to confirmation of the Plan is: 12/29/2017.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 12/1/2017      Filed by: /s/ David J. Harris

```
Label Matrix for local noticing          AFNI, Inc.                              American InfoSource
0314-5                                   PO Box 3097, 404 Brock Dr               PO Box 248838
Case 5:17-bk-01347-JJT                   Bloomington, IL  61702-3097             Oklahoma City, OK  73124-8838
Middle District of Pennsylvania
Wilkes-Barre
Fri Dec  1 10:59:48 EST 2017

American Water                                                                   Directv, LLC
PO Box 578                                                   by American InfoSource LP as agent
Alton, IL 62002-0578                                                             PO Box 5008
                                                                                 Carol Stream, IL  60197-5008


First Bank Of Delaware                   First Premier Bank
50 South 16th Street, Ste 2300           3820 N. Louise Ave.                     
Philadelphia, PA 19102-2526              Sioux Falls, SD 57107-0145



                                         (p)JEFFERSON CAPITAL SYSTEMS LLC
                                                                                 PO BOX 7999
                                                                                 SAINT CLOUD MN 56302-7999


                                         Kathleen Veglia, MD                     LVNV Funding, LLC
                     P. O. Box 329                           Resurgent Capital Services
                                         Berks Credit & Collectio                PO Box 10587
                                         Temple, PA  19560-0329                  Greenville, SC  29603-0587

LVNV Funding, LLC its successors and assigns                                     Luzerne County Tax Claim Bureau
assignee of Arrow Financial Services,                        North River Street
LLC                                                                              Luzerne County Courthouse
Resurgent Capital Services                                                       Wilkes-Barre, PA  18711
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.          PA American Water                       Premier Bankcard/Charter
Suite 200 8875 Aero Drive                PO Box 371412                           PO Box 2208
San Diego, CA 92123-2255                 Pittsburgh, PA  15250-7412              Vacaville, CA  95696-8208


Thomas I Puleo                           TRUE ST HOLDINGS LLC                    True St Holdings, LLC
KML Law Group, P.C.                      c/o FCI Lender Services, Inc.           5000 Birch Street
701 Market Street                        PO Box 27370                            Newport Beach, CA 92660-2127
Suite 5000                               Anaheim, CA 92809-0112
Philadelphia, PA 19106-1541

(p)UGI UTILITIES INC                     US Department of Education
ATTN CREDIT & COLLECTIONS                PO BOX 16448                            
P O BOX 13009                            St. Paul, MN 55116-0448
READING PA 19612-3009


Verizon                                  Verizon                                 James Warmbrodt
P. O. Box 28000                          by American InfoSource LP as agent      701 Market Street Suite 5000
Lehigh Valley, PA  18002-8000            4515 N Santa Fe Ave                     Philadephia, PA 19106-1541
                                         Oklahoma City, OK 73118-7901
```

Wyoming Valley Sanitary Authority
P. O. Box 33A
Wilkes-Barre, PA  18703

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



 marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)True ST Holdings LLC | (d)True St Holdings LLC<br>c/o FCI Lender Services, Inc.<br>PO Box 27370<br>Anaheim, CA  92809-0112 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients     2<br>Total                  32 |