```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01347-JJT
Rae-Ann Hansell                                                 Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CKovach           Page 1 of 1           Date Rcvd: Mar 15, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
              +Pulverman,   Attn Kristina Szczecinski,   1170 Lower Demunds Road,   Dallas, PA 18612-9033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor   True ST Holdings LLC bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   True ST Holdings LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
RAE-ANN HANSELL : Chapter 13
: Case No.: 5:17-bk-01347
:
Debtor :

_____

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**
_____

Upon consideration of the Motion for an Order Approving Wage Attachment directed to the Employer of Rae-Ann Hansell, and upon further consideration of the Debtor's counsel's representation that the Debtor's Employer has consented to a wage attachment, it is

ORDERED THAT the Debtor's Employer, Pulverman, is hereby directed to deduct from the Debtor's wages, beginning with the next pay period following the Employer's receipt of this Order, the **$150.00 from her weekly paycheck (but not more than four deductions per month so that in no event will there be more than $600.00 deducted from the Debtor's paychecks in any given month)**

The sums so deducted are to be remitted to:

Charles J. DeHart, III, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

NOTE: All payments sent to the Chapter 13 Trustee shall contain a notation of Debtor's name and case number 5: 17-bk-01347.

| | | | |
|---|---|---|---|
| Attorney: | David J. Harris, Esquire<br>Suite 700 – 69 Public Square<br>Wilkes-Barre, PA 18701 | Employer: | Pulverman<br>Attn: Kristina Szczecinski<br>1170 Lower Demunds Road<br>Dallas, PA 18612 |
| Debtor: | Rae-Ann Hansell<br>47 Hughes Street Rear<br>Luzerne, PA 18709 | Trustee: | Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>P.O. Box 7005<br>Lancaster, PA 17604 |

Dated: March 13, 2018    By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)