In re:                                                    Case No. 17-01347-JJT
Rae-Ann Hansell                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach          Page 1 of 1          Date Rcvd: May 10, 2018
                             Form ID: orcnfpln       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db            +Rae-Ann Hansell,    47 Hughes Street Rear,    Luzerne, PA 18709-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        David J. Harris    on behalf of Debtor 1 Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
         davidharrisesqign@gmail.com
        James  Warmbrodt    on behalf of Creditor   True ST Holdings LLC bkgroup@kmllawgroup.com
        Thomas I Puleo    on behalf of Creditor   True ST Holdings LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Rae−Ann Hansell
aka Rae−Ann Boyd, aka Rae−Ann Hansell Boyd

Debtor(s)

Chapter     13

Case No.     5:17−bk−01347−JJT

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 12, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:   May 10, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CKovach, Deputy Clerk