UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANI

IN RE:                                              CASE NO: 1701347

RAE ANN HANSELL
SSN#: xxx-xx-8170
Borrower#: 1015723197                 **CHAPTER BK13**

Debtor(s)                                        **CLAIM#: 9**

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:    U.S. Department of Education       New:    **U.S. DEPARTMENT OF EDUCATION**
         National Payment Center                       **NATIONAL PAYMENT CENTER**
         P O Box 105028                                **P O Box 790336**
         Atlanta, GA 30348-5028                     **St. Louis, MO 63179-0336**

**NOTICES:**

Old:    U.S. Department of Education       New:    **U.S. DEPARTMENT OF EDUCATION**
         P O Box 16448                                  **P O Box 16448**
         Saint Paul, MN 55116-0448                 **Saint Paul, MN 55116-0448**

Respectfully submitted this day, March 5, 2019

                                                  /s/ Xiong Me Lo
                                                  Bankruptcy Operation Specialist
                                                  Bankruptcy Department
                                                  PO Box 16448
                                                  St. Paul, MN 55116-0448
                                                  PH: (800) 363-4562  Fax: (877) 865 9741