# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISION

In re:

**Rae-Ann Hansell**  
**47 Hughes Street Rear**  
**Luzerne, PA 18709**

Case No.: 5:17-bk-01347-RNO  
Chapter 13

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Jennie C. Shnayder, Esq., and Dwaldmanlaw, P.C. attorneys for Secured Creditor, DYW Mortgage Capital, Inc., and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Jennie C. Shnayder, ESQ.  
**Dwaldmanlaw, P.C.**  
Attorneys for Secured Creditor  
4900 Carlisle Pike, #182  
Mechanicsburg, PA 17050  
Telephone: (844) 899-4162  
Facsimile: (844) 882-4703  
Primary email: bankruptcy@dwaldmanlaw.com  
Email 1: jennie@dwaldmanlaw.com  
Email 2: lynne@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th Day of November, 2019, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

*Debtor*  
Rae-Ann Hansell  
47 Hughes Street Rear  
Luzerne, PA 18709

Rae-Ann Hansell
c/o David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
*Attorney(s) for Debtor*

*Trustee*
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Asst. U.S. Trustee*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date:   November 25, 2019

By:   /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq. ID # 315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
jennie@dwaldmanlaw.com
Attorneys for Secured Creditor