```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01347-RNO
Rae-Ann Hansell                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CourtneyW              Page 1 of 1           Date Rcvd: Nov 25, 2019
                              Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
4956886        TRUE ST HOLDINGS LLC,   c/o FCI Lender Services, Inc.,   PO Box 27370,   Anaheim, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    True ST Holdings LLC bkgroup@kmllawgroup.com
              Jennie  Shnayder    on behalf of Creditor    DYW Mortgage Capital Inc jennie@dwaldmanlaw.com,
               lynne@dwaldmanlaw.com
              Thomas I Puleo    on behalf of Creditor    True ST Holdings LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01347-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Rae-Ann Hansell
47 Hughes Street Rear
Luzerne PA 18709

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/25/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: TRUE ST HOLDINGS LLC, c/o FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 | DYW Mortgage Capital Inc.<br>c/o DWaldmanlaw PC<br>4900 Carlisle Pike # 182<br>Mechanicsburg, PA  17050 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/27/19

Terrence S. Miller
**CLERK OF THE COURT**