```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01347-RNO
Rae-Ann Hansell                                                 Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 26, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
              +Pulverman,   Attn: Kristina Szczecinski,   1170 Lower Demunds Road,   Dallas, PA 18612-9033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Rae-Ann  Hansell dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor   True ST Holdings LLC bkgroup@kmllawgroup.com
              Jennie  Shnayder    on behalf of Creditor   DYW Mortgage Capital Inc jennie@dwaldmanlaw.com,
               lynne@dwaldmanlaw.com
              Thomas I Puleo    on behalf of Creditor   True ST Holdings LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RAE-ANN HANSELL | : Chapter 13 |
| | : Case No.: 5:17-bk-01347 |
| | : |
| Debtor | : |

---

## ORDER DIRECTED TO DEBTOR'S EMPLOYER
---

Upon consideration of the Debtor's Request to Terminate Wage Attachment Due to Coronavirus Outbreak and Need to Use Funds filed on March 20, 2020, it is hereby

**ORDERED** that, this Court's Order of March 15, 2018 (Dkt. # 42) is hereby vacated, and the Debtor's employer, Pulverman, is hereby directed to terminative the Debtor's present and sole wage attachment with respect to payments to Charles J. DeHart, III, Standing Chapter 13 trustee.

Dated: March 26, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (DG)