```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                 Case No. 17-01347-RNO
Rae-Ann Hansell                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 26, 2020
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
      +Lake-Lehman School District,    Attn: Tabitha Miscavage,    Market Street,    P. O. Box 38,    Lehman, PA 18627-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
       David J. Harris    on behalf of Debtor 1 Rae-Ann Hansell dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
       James Warmbrodt    on behalf of Creditor    True ST Holdings LLC bkgroup@kmllawgroup.com
       Jennie Shnayder    on behalf of Creditor    DYW Mortgage Capital Inc jennie@dwaldmanlaw.com, lynne@dwaldmanlaw.com
       Thomas I Puleo    on behalf of Creditor    True ST Holdings LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RAE-ANN HANSELL | : | Chapter 13 |
| | : | Case No.: 5:17-bk-01347 |
| | : | |
| Debtor | : | |

___

### ORDER DIRECTED TO DEBTOR'S EMPLOYER
___

Upon consideration of the Debtor's Request to Terminate Wage Attachment Due to Coronavirus Outbreak and Need to Use Funds filed on March 20, 2020, it is hereby

**ORDERED** that, this Court's Order of November 7, 2017 (Dkt. # 33) is hereby vacated, and the Debtor's employer, Lake Lehman School District, is hereby directed to terminative the Debtor's present and sole wage attachment with respect to payments to Charles J. DeHart, III, Standing Chapter 13 trustee.

Dated: March 26, 2020

By the Court,

_/s/ Robert N. Opel II_

Robert N. Opel, II, Bankruptcy Judge (DG)