**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
Pa. S. Ct. No. 48558

LAW OFFICE
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RAE-ANN HANSELL | :  Chapter 13 |
| | :  Case No.: 5:17-bk-01347 |
| Debtor | : |

---

### CERTIFICATE OF SERVICE

I, David J. Harris, do hereby certify that on the 26th day of June, 2020, I served a true and correct copy of the of the attached Notice and Third Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

By:   /s/ David J. Harris, Esquire
Date:  June 26, 2020                                DAVID J. HARRIS, ESQUIRE
       Wilkes-Barre, Pennsylvania

**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile:  (570) 208-1400**
**E-Mail:     dh@lawofficeofdavidharris.com**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

---

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| RAE-ANN HANSELL, | : | Case No.: 5:17-bk-01347 |
| | : | |
| Debtor | : | |

---

### NOTICE TO CREDITORS AND OTHER PARTIES-IN-INTEREST

---

**NOTICE IS HEREBY GIVEN THAT** the Debtor, RAE-ANN HANSELL., filed on June 25, 2020, in the United States Bankruptcy Court, a **MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN ("Motion") and a Third Amended Chapter 13 Plan ("Plan")**. The Motion and Plan are each attached to this Notice.

Objections to the Motion and Plan must be filed with the Clerk, United States Bankruptcy Court, Max Rosenn Federal Court, 197 South Main Street, Wilkes-Barre, PA 18701 on or before **July 17, 2020**.

If you file and serve an objection/response to the Motion and Plan within the time permitted, the Court may schedule a hearing and you will be notified of the hearing date. If you do not file an objection/response within the time permitted, the Court will deem the Motion unopposed and may enter an Order confirming the Debtor's Second Amended Chapter 13 Plan.

Dated: Wilkes-Barre, Pennsylvania
June 26, 2020                                    /s/ DAVID J. HARRIS, ESQUIRE

Label Matrix for local noticing
0314-5
Case 5:17-bk-01347-RNO
Middle District of Pennsylvania
Wilkes-Barre
Sat Jun 13 10:03:19 EDT 2020

AFNI, Inc.
PO Box 3097, 404 Brock Dr
Bloomington, IL  61702-3097

American InfoSource
PO Box 248838
Oklahoma City, OK  73124-8838

American Water
PO Box 578
Alton, IL  62002-0578

DYW Mortgage Capital Inc
c/o Dwaldmanlaw, PC
4900 Carlisle Pike
# 182
Mechanicsburg, PA  17050-7709



Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL  60197-5008

First Bank Of Delaware
50 South 16th Street, Ste 2300
Philadelphia, PA  19102-2526

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD  57107-0145

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN  56302-7999

KML Law Group
701 Market Street
Suite 5000-BNY Independence Center
Philadelphia, PA  19106-1538

Kathleen Veglia, MD
P. O. Box 329
Berks Credit & Collectio
Temple, PA  19560-0329

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Luzerne County Tax Claim Bureau
North River Street
Luzerne County Courthouse
Wilkes-Barre, PA  18711

Midland Credit Management, Inc.
Suite 200 8875 Aero Drive
San Diego, CA  92123-2255



PA American Water
PO Box 371412
Pittsburgh, PA  15250-7412

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA  95696-8208

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106-1541

Jennie Shnayder
Dwaldmanlaw, P.C.
148 East Street Road
Suite 352
Feasterville, PA  19053-7604

TRUE ST HOLDINGS LLC
c/o FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA  92809-0112

True St Holdings, LLC
5000 Birch Street
Newport Beach, CA  92660-2127

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA  19612-3009

US Department of Education
PO Box 16448
St. Paul, MN  55116-0448

Verizon
P. O. Box 28000
Lehigh Valley, PA  18002-8000

Verizon  
by American InfoSource LP as agent  
4515 N Santa Fe Ave  
Oklahoma City, OK 73118-7901

James Warmbrodt  
701 Market Street Suite 5000  
Philadephia, PA 19106-1541

Wyoming Valley Sanitary Authority  
P. O. Box 33A  
Wilkes-Barre, PA  18703

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



■ following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     4  
Total                  36