# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    Chapter 13
RAE-ANN HANSELL,                    :    Case No.: 5:17-bk-01347
                                    :
            Debtor                  :

## ORDER

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan ("Motion") accompanied by a Third Amended Chapter 13 Plan filed by the Debtor with the Court on June 25, 2020, it appearing that no objections were filed to the Motion or Second Amended Chapter 13 Plan by the due date of July 17, 2020, as set forth in a Notice to Creditors and Other Parties-In-Interest filed and served on that same date, it is hereby

ORDERED and DECREED that the Motion and Third Amended Chapter 13 Plan are hereby approved.