# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RAE-ANN HANSELL
AKA: RAE-ANN HANSELL BOYD,
RAE-ANN BOYD

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-01347-MJC

RAE-ANN HANSELL
AKA: RAE-ANN HANSELL BOYD,
RAE-ANN BOYD

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 9, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 9, 2023, the Debtor(s) is/are $2,876.37 in arrears with a plan payment having last been made on Jan 10, 2023.

In accordance with said stipulation, the case may be dismissed.

Respectfully Submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

Dated: February 9, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RAE-ANN HANSELL
AKA: RAE-ANN HANSELL BOYD,
RAE-ANN BOYD

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-17-01347-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 9, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA 18701-

SERVED ELECTRONICALLY

RAE-ANN HANSELL
47 HUGHES STREET REAR
LUZERNE, PA 18709

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com