# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RAE-ANN HANSELL
            AKA: RAE-ANN HANSELL BOYD,
            RAE-ANN BOYD                      CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS         CASE NO: 5-17-01347-MJC
            CHAPTER 13 TRUSTEE
            Movant

## Withdrawal Of Certificate of Default

AND NOW, on February 9, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about February 9, 2023 be withdrawn. The Certificate of Default was filed in error.

                                                    Respectfully Submitted,

                                                    /s/ Jack N. Zaharopoulos
                                                    Jack N. Zaharopoulos, Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097

Dated: February 9, 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RAE-ANN HANSELL
AKA: RAE-ANN HANSELL
BOYD, RAE-ANN BOYD

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

RAE-ANN HANSELL
AKA: RAE-ANN HANSELL BOYD,
RAE-ANN BOYD

    Respondent(s)

CHAPTER 13

CASE NO: 5-17-01347-MJC

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on February 9, 2023.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA 18701-

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: February 9, 2023