United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rae-Ann Hansell  
    Debtor

Case No. 17-01347-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 08, 2025      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rae-Ann Hansell, 47 Hughes Street Rear, Luzerne, PA 18709-1206 |
| 5274410 | + | DYW Mortgage Capital Inc., c/o DWaldmanlaw PC, 4900 Carlisle Pike # 182, Mechanicsburg, PA 17050-7709 |
| 4904746 | + | First Bank Of Delaware, 50 South 16th Street, Ste 2300, Philadelphia, PA 19102-2526 |
| 4904742 | + | Hansell Rae-Ann, 47 Hughes Street Rear, Luzerne, PA 18709-1206 |
| 4904750 | | Kathleen Veglia, MD, P. O. Box 329, Berks Credit & Collectio, Temple, PA 19560-0329 |
| 4904743 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 4904752 | | Luzerne County Tax Claim Bureau, North River Street, Luzerne County Courthouse, Wilkes-Barre, PA 18711 |
| 4904756 | | Premier Bankcard/Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 4904758 | + | True St Holdings, LLC, 5000 Birch Street, Newport Beach, CA 92660-8107 |
| 4904762 | | Wyoming Valley Sanitary Authority, P. O. Box 33A, Wilkes-Barre, PA 18703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4904744 | | Email/Text: EBNProcessing@afni.com | Jul 08 2025 18:38:00 | AFNI, Inc., PO Box 3097, 404 Brock Dr, Bloomington, IL 61702-3097 |
| 4904745 | | EDI: AIS.COM | Jul 08 2025 22:37:00 | American InfoSource, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4910325 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 08 2025 18:38:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 4953206 | | EDI: DIRECTV.COM | Jul 08 2025 22:37:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4904747 | + | EDI: AMINFOFP.COM | Jul 08 2025 22:37:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 4904748 | | EDI: JEFFERSONCAP.COM | Jul 08 2025 22:37:00 | Jefferson Capital LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 4904749 | | EDI: JEFFERSONCAP.COM | Jul 08 2025 22:37:00 | Jefferson Capital Systems LLC, P. O. Box 7999, St. Cloud, MN 56302-7999 |
| 4904751 | ^ | MEBN | Jul 08 2025 18:35:21 | KML Law Group, 701 Market Street, Suite 5000-BNY Independence Center, Philadelphia, PA 19106-1538 |
| 4904753 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 18:42:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4947544 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 18:42:50 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4904754 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2025 18:38:00 | Midland Credit Management, Inc., Suite 200 8875 Aero Drive, San Diego, CA 92123-2255 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4904755 | | Email/Text: csc.bankruptcy@amwater.com | Jul 08 2025 18:38:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 4904757 | | Email/Text: LMitchell@myfci.com | Jul 08 2025 18:38:00 | True St Holdings LLC, c/o FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 4904759 | | Email/Text: bkrcy@ugi.com | Jul 08 2025 18:38:00 | UGI Penn Natural Gas, P. O. Box 15533, Wilmington, DE 19886 |
| 4913289 | | Email/Text: bkrcy@ugi.com | Jul 08 2025 18:38:00 | UGI Utilities Inc, PO Box 13009, Reading PA 19612 |
| 4904760 | | Email/Text: bkrcy@ugi.com | Jul 08 2025 18:38:00 | UGI Utilities, Inc., P. O. Box 15523, Wilmington, DE 19886-5523 |
| 4968731 | | Email/Text: EDBKNotices@ecmc.org | Jul 08 2025 18:38:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 4929750 | + | EDI: AIS.COM | Jul 08 2025 22:37:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4904761 | | EDI: VERIZONCOMB.COM | Jul 08 2025 22:37:00 | Verizon, P. O. Box 28000, Lehigh Valley, PA 18002-8000 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | DYW Mortgage Capital Inc, c/o Dwaldmanlaw, PC, 4900 Carlisle Pike, # 182, Mechanicsburg, PA 17050-7709 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4956886 | * | TRUE ST HOLDINGS LLC, c/o FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David J. Harris | on behalf of Debtor 1 Rae-Ann Hansell dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor True ST Holdings LLC bkgroup@kmllawgroup.com |

Jennie Shnayder
    on behalf of Creditor DYW Mortgage Capital Inc jennie@dwaldmanlaw.com corey@dwaldmanlaw.com

Thomas I Puleo
    on behalf of Creditor True ST Holdings LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rae-Ann Hansell<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx-xx-8170<br>EIN    __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __-_____ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    5:17-bk-01347-MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rae-Ann Hansell
aka Rae-Ann Boyd, aka Rae-Ann Hansell Boyd

7/8/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2